United States District Court
Southern District of Texas
**ENTERED**
September 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JUAN C.B.M., "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00235 |
| | § | |
| FRANCISCO VENEGAS, *et al.*, "Respondents." | § | |

## ORDER

Before the Court is the parties' "Joint Stipulation of Dismissal" (Dkt. No. 12). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Petitioner's "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (Dkt. No. 1) is **DISMISSED without prejudice**. Respondents' "Motion for Summary Judgment" (Dkt. No. 7) is further **DENIED** as moot. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of Court is **ORDERED** to close this case.

SIGNED this September 29, 2026

Rolando Olvera
United States District Judge